AO 245 S- Sheet 2 - Imprisonment

Defendant: JAMES HILL IV
Case Number: 2:04CR00020-001

Judgment--Page 2 of 4

**IMPRISONMENT**

FILED

MAR 1 0 2005

ARLEN B. COYLE, CLERK
By _D. Adams_
Deputy

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 14 months, as to Count 1.

The Court makes the following recommendations to the Bureau of Prisons: The Court recommended if it were practical and possible, that the defendant be housed in a facility near Detroit, Michigan.

The defendant is remanded to the custody of the United States Marshal.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _2/25/05_ to _FCI Milan_
at _Milan, MI_, with a certified copy of this Judgment.

_Warden Marberry_
United States Marshal

By _MMCaCe_
Deputy Marshal