| Prob 22 (2/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 2:04CR00020-001 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: James Hill, IV 17474 Goddard Detroit, MI 48212 | DISTRICT Northern District of Mississippi | DIVISION Delta |
|---|---|---|
| | NAME OF SENTENCING JUDGE Glen H. Davidson Chief Judge | |
| | DATES OF PROB/TSR RELEASE | FROM January 23, 2006 — TO January 22, 2008 |

OFFENSE

Conspiracy to Make False Written Statements to Purchase Firearms

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-20-2006
Date

United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/24/06
Date

United States District Judge